# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

AL and PO Corporation

                    Plaintiff,

v.                                           Case No.: 1:15−cv−01641
                                                    Honorable Matthew F. Kennelly

Bankers Capital Funding LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 6, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 5/6/2015 with attorneys for both sides. The parties have reached a settlement, subject to documentation. Status hearing is continued to 5/27/2015 at 9:00 a.m. the Court will vacate the status hearing if a notice of voluntary dismissal or a stipulation to dismiss is filed before that date. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.