# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

AL and PO Corporation

                Plaintiff,

v.                                         Case No.: 1:15−cv−01641
                                            Honorable Matthew F. Kennelly

Bankers Capital Funding LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to stipulation, plaintiff's individual claims are dismissed with prejudice and the class claims are dismissed without prejudice. Civil case terminated. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.